

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00248-CV

HABIB SURANI                                                   APPELLANT

V.

FIRST NATIONAL BANK OF                                          APPELLEE
BURLESON, TEXAS

----------

## FROM THE 342ND DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Habib Surani filed his brief with this court on October 12, 2012. Among other defects, Surani's brief is deficient under subsections (a), (b), (c), (d), (e), (f), (g), (h), (i), (j), and (k) of rule 38.1. *See* Tex. R. App. P. 38.1(a)–(k).

On October 15, 2012, this court instructed Surani to file an amended brief by October 25, 2012, to cure the defects. The court's letter notified Surani that

---

[1]*See* Tex. R. App. P. 47.4.

failure to file an amended brief in compliance with rule of appellate procedure 38 "may result in striking the brief you filed, waiver of noncomforming points, or dismissal of the appeal." *See* Tex. R. App. P. 38.8(a), 38.9(a), 42.3. Surani has not filed an amended brief.

Although only "substantial compliance" with the briefing rules is required, *see* Tex. R. App. P. 38.9, if we determine that the briefing rules have been "flagrantly violated," we may require the appellant to amend, supplement, or redraw his brief. Tex. R. App. P. 38.9(a). If the appellant does not file another brief that complies with the rules of appellate procedure, we may strike the brief, prohibit the party from filing another, and proceed as if the party had failed to file a brief. *Id.*

Because Surani has been given notice of the defects in his brief and because he has failed to cure those defects, we strike his brief and dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 38.9(a), 42.3(b), 43.2(f).

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DELIVERED: November 8, 2012

2